UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOHN LORENZ,

        Petitioner,        Case No. 1:08-CV-181

v.        Hon. Richard Alan Enslen

CAROL HOWES,

        Respondent.
_____/

### FINAL ORDER

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation to deny the Petition as time-barred. The matter presently is before the Court on Petitioner's objections to the Report.

This Court reviews *de novo* those portions of a Report to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court may accept, reject or modify any or all of the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1).

Petitioner objects for various reasons to the Magistrate Judge's calculation of the statute of limitations. The Court carefully has considered each of Petitioner's arguments and finds no error in the reasoning of the Magistrate Judge. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt. No. 10) are **DENIED**, the Report and Recommendation of the Magistrate Judge (Dkt. No. 5) is **ADOPTED**, and the Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED** because it is barred by the statute of limitations.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** as to all grounds asserted.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>September 3, 2008 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |